441 A.2d 462

Commonwealth v. Lee, Jr., Appellant.

Submitted December 5, 1980. John A. Goldstan, for appellant; J. Michael Morrissey, District Attorney, did not file a brief on behalf of Commonwealth, appellee.

Before CAVANAUGH, DiSALLE and MONTEMURO, JJ.

Order affirmed.